IN THE UNITED STATES BANKRUPTCY COURT

In re:
Maria Inez Beltran Gomez

Debtor(s)

Case No.: 26-10784-HLB13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the Official Form 309I - Notice of Chapter 13 Bankruptcy Case within and foregoing document on the debtor (s), counsel for debtor (s), creditor, creditor representatives and, if applicable, the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 22, 2026

/s/ Selesia Fredotovich
Selesia Fredotovich

Maria Inez Beltran Gomez
1386 Pueblo Ave
Sonoma, CA 95476

(Debtor(s))

Evan Livingstone
2585 Sebastopol Rd #7265
Santa Rosa,Ca 95407

(Counsel for Debtor)

Burbank Housing Development Corp.
1425 Corporate Center Parkway
Santa Rosa, CA 95407
(Creditor)

Housing Assistance Council, Inc.
1828 L Street Nw, Suite 505
Washington, DC 20036
(Creditor)

California Housing Finance Agency
500 Capitol Mall, Ste. 1400 (Ms 400)
Sacramento, CA 95814
(Creditor)

Rocket Mortgage, Llc
Po Box 619094
Dallas, TX 752619741
(Creditor)

City Of Sonoma
No. 1 The Plaza
Sonoma, CA 95476
(Creditor)

Sonoma County Community Development Comm
141 Stony Circle, Suite 210
Santa Rosa, CA 95401
(Creditor)

Clear Recon Corp
3333 Camino Del Rio South, Suite 225
San Diego, CA 92108
(Creditor)

Washington Federal Bank Dba Wafd Bank
425 Pike Street
Seattle, WA 98101
(Creditor)